# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DILLARD DEPARTMENT STORES, INC.

VERSUS

DON PIERSON, BOTH INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS SECRETARY, LOUISIANA DEPARTMENT OF ECONOMIC DEVELOPMENT; AND LOUISIANA DEPARTMENT OF ECONOMIC DEVELOPMENT

NO.  2022 CW 0354

**JUNE 27, 2022**

---

In Re:    Don Pierson, both individually and in his official capacity as Secretary, Louisiana Department of Economic Development; and Louisiana Department of Economic Development, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 713219.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

**WRIT NOT CONSIDERED.**  This writ application failed to include a copy of the written judgment ordered by the district court in violation of the Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered. Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing item noted herein, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2.  Any new application must be filed on or before July 27, 2022 and must contain a copy of this ruling.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

<!-- signature -->

---
DEPUTY CLERK OF COURT
FOR THE COURT